**FILED**

June 8, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )           Case No. 2:12-MJ-00152-DAD
                                 )
v.                               )           ORDER FOR RELEASE OF
                                 )           PERSON IN CUSTODY
DONALD ROSS,                     )
                                 )
        Defendant.               )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD ROSS , Case No.  2:12-MJ-00152-DAD , Charge  Title 18 USC §§ 1028A; 2 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 25,000 (co-signed)

        ✔   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ___   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)        With pretrial supervison and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  June 8, 2012  at  3:38  pm .

By  _Dale A. Drozd_ (signature)

Dale A. Drozd
United States Magistrate Judge